UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

LYNN TILTON and PATRIARCH PARTNERS XV, LLC,

          Plaintiffs,

    -against-

MBIA INC. AND MBIA INSURANCE CORPORATION,

          Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

19cv9733

ORDER

WILLIAM H. PAULEY III, Senior United States District Judge:

        This Court will conduct a telephonic conference with counsel concerning the Defendants' October 30, 2019 letter to this Court at 3:00 p.m. on November 4, 2019. Defendants' counsel shall make all arrangements for the conference call and inform this Court of the dial-in information at least two hours in advance of the call.

Dated: October 31, 2019
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.