UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
LYNN TILTON and PATRIARCH :
PARTNERS XV, LLC, :
:
          Plaintiffs, : Case No. 19-cv-09733 (WHP)
:
  -v.- :
:
MBIA INC. and MBIA INSURANCE :
CORPORATION, :
:
          Defendants. :
:
------------------------------------------------------------x

## NOTICE OF APPEARANCE

    PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Plaintiffs Lynn Tilton and Patriarch Partners XV, LLC in the above-captioned action and respectfully requests that all pleadings, notices, orders, correspondence and other papers in connection with this action be served upon the following, an attorney duly admitted to practice before this Court:

Mary Beth Maloney
Gibson, Dunn & Crutcher, LLP
200 Park Avenue, 47th Floor
New York, New York 10166
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
Email: MMaloney@gibsondunn.com

    This Notice of Appearance is submitted for the limited purpose of receiving court notices and pleadings related to this case. Plaintiffs are not waiving, and maintain, any jurisdictional objections.

Dated: November 1, 2019
       New York, New York

                                                      GIBSON, DUNN & CRUTCHER LLP

                                                      By: /s/ Mary Beth Maloney
                                                           Mary Beth Maloney

200 Park Avenue, 47th Floor
New York, New York 10166
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
MMaloney@gibsondunn.com

*Attorney for Plaintiffs Lynn Tilton and Patriarch Partners XV, LLC*